IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SE PROPERTY HOLDINGS, L.L.C., | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| vs. | ) | 11-cv-00051-CB |
| TANNIN, INC. and GEORGE GOUNARES, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JUDGMENT**

Pursuant to separate order entered this day granting summary judgment in favor of the Plaintiff, SE Property Holdings, L.L.C. it is hereby **ORDERED, ADJUDGED** and **DECREED** that Plaintiff shall recover of the Defendant, George Gounares, a total of one million six hundred seventy-five thousand seven hundred eleven and 83/100ths ($1,675,711.83) dollars, (consisting of principal of $965,729.31 plus prejudgment interest of $249,638.62 on Note 1; principal of $335,976.11 plus prejudgment interest of $86,850.83; attorneys' fees of $36,008.00 and costs of $1,508.96).  It is further **ORDERED ADJUDGED** and **DECREED** that the counterclaims asserted by the Defendants, Tannin, Inc. and George Gounares, be and hereby are **DISMISSED** with prejudice.

Pursuant to the bankruptcy code, 11 U.S.C § 362,(a)(1), these proceedings are stayed with respect to the only remaining defendant, Tannin, Inc.  Consequently, there is no reason to maintain this as a pending civil action, and the Clerk of Court is hereby directed to close this case for statistical purposes.  Plaintiff may request permission to reopen this action for further proceedings if the stay is lifted.

**DONE** and **ORDERED**, this the 23rd day of April, 2012.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**